SULLIVAN, J.,
dissents, for the reasons set forth in his dissenting opinion today in Membres v. State, No. 49S02-0701-CR-33, 889 N.E.2d 265, 2008 WL 2554001 (Ind. June 27, 2008) (SULLIVAN, J., dissenting).
RUCKER, J., dissents with separate opinion.
RUCKER, Justice dissenting.
I respectfully dissent. For reasons expressed in my separate opinion in Membres v. State, No. 49S02-0701-CR-33, 889 N.E.2d 265, 278, 2008 WL 2554001 (Ind. June 27, 2008) (Rucker, J., dissenting), I would apply Litchfield retroactively to this case. In so doing I agree with the Court of Appeals that the search of Belvedere’s trash was unconstitutional and no statutory or constitutional good faith exceptions apply. See Belvedere v. State, 875 N.E.2d 352 (Ind.Ct.App.2007).